IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSENDA PEREZ RAMIREZ, Plaintiff, v. ANDREW SAUL, Commissioner of Social Security, Defendant. | CASE NO. 1:20-cv-01826-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 13) |
|---|---|

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: June 18, 2021               Respectfully submitted,

                                   PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   */s/ Benjamin E. Hall*
                                   BENJAMIN E. HALL
                                   Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   **June 21, 2021**         **/s/ Gary S. Austin**_____
                                   UNITED STATES MAGISTRATE JUDGE

1